**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6150

DAVID EDWARD CRAWLEY,

Plaintiff - Appellant,

versus

DAN A. BRAXTON; ASSISTANT WARDEN ARMENTROUT;
LIEUTENANT HONAKER; B. EDMOND, Hearing
Officer; G. BAYES, QMHP; CORRECTIONAL OFFICER
HAMPTON; W. WOODS, Correctional Officer; W.
SYKES, Correctional Officer; S. DEEL,
Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-02-1057-7)

Submitted: May 15, 2003                    Decided: May 22, 2003

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Edward Crawley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Edward Crawley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Crawley v. Braxton</u>, No. CA-02-1057-7 (W.D. Va. Jan. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>